JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUBBY GORILLA, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FH PACKAGING LLC, a California company, and WOLFGANG ENTERPRISE, INC., a California corporation,<br><br>　　　　　Defendants. | Case No. 8:24-cv-00340-JVS-KES<br><br>Hon. James V. Selna<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [98]** |

1  Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff
2  Chubby Gorilla, Inc. and Defendants FH Packaging, LLC and Wolfgang Enterprise,
3  Inc., IT IS HEREBY ORDERED THAT:
4  This action, including all claims, counterclaims and defenses, is hereby
5  dismissed with prejudice. The Court shall retain ancillary jurisdiction over this
6  matter in law and equity for purposes of enforcing and/or adjudicating any violation
7  of the Confidential Settlement Agreement. *Kokkonen v. Guardian Life Ins. Co.*, 511
8  U.S. 375, 381-82 (1994).
9  Each party shall bear its own costs, attorney's fees, and expenses.

**IT IS SO ORDERED**.

Dated:  November 13, 2025

_____
Honorable James V. Selna
United States District Judge